# Order

Michigan Supreme Court
Lansing, Michigan

November 10, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129152
129154

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                    SC: 129152
                                    COA: 247718
                                    Wayne CC: 02-005202-02

CEDRIC PIPES,
      Defendant-Appellee.
_____/

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                      SC: 129154
                                    COA: 247719
                                    Wayne CC: 02-005202-01

JULIAN DALE KEY,
      Defendant-Appellee.
_____/

      On order of the Court, the applications for leave to appeal the May 31, 2005 judgment of the Court of Appeals are considered and, pursuant to MCR 7.302(G)(1), we direct the Clerk to schedule oral argument on whether to grant the applications or take other peremptory action permitted by MCR 7.302(G)(1). The parties shall include among the issues to be addressed at oral argument whether the offers of proof by defendant Key and by defendant Pipes that they were going to testify constitutes a waiver of the right to claim a confrontation error. The parties may file supplemental briefs within 28 days of the date of this order, but they should avoid submitting a mere restatement of the arguments made in their application papers.

      We note that attorney Jonathan B.D. Simon is presently representing defendant Key in this Court. We direct attorney Daniel J. Rust, who represented defendant Pipes in the Court of Appeals, to represent defendant in this Court pursuant to MCR 6.425(F)(1)(c)(iv).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 10, 2005 _____

d1107                                      Clerk